UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 1000,<br><br>                      Plaintiff,<br><br>vs.<br><br>DARREN K. INDYKE and RICHARD D. KAHN, in their capacities as the executors of the ESTATE OF JEFFREY EDWARD EPSTEIN,<br><br>                      Defendants. | Case No. 1:19-cv-10577 (LGS)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned attorney, David Boies, who is a member in good standing of the bar of this Court, hereby appears as counsel for Plaintiff Jane Doe 1000 in the above-captioned proceeding.

Dated: New York, New York
November 20, 2019

                                              BOIES SCHILLER FLEXNER LLP

                                  By:    /s/ David Boies
                                               David Boies
                                             333 Main Street
                                             Armonk, NY 10504
                                             Telephone: (914) 749-8200
                                             Fax: (914) 749-8300
                                             dboies@bsfllp.com

                                             *Attorney for Plaintiff Jane Doe 1000*