Troutman Sanders LLP
875 Third Avenue
New York, NY 10022

troutman.com



**Bennet Moskowitz**
bennet.moskowitz@troutman.com

**MEMORANDUM ENDORSED**

February 14, 2020

SO ORDERED.
*[signature]*
LEWIS J. LIMAN
United States District Judge

SO ORDERED.
2/18/2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/18/2020__

Hon. Lewis J. Liman
United States Courthouse
500 Pearl St.
Courtroom 15C
New York, NY 10007

Re:  *Jane Doe 1000 v. Darren K. Indyke and Richard D. Kahn*, Co-Executors of the Estate of Jeffrey E. Epstein, Case No. 1:19-cv-10577 (LJL) (DCF)

Dear Judge Liman:

We represent Defendants Darren K. Indyke and Richard D. Kahn, Co-Executors of the Estate of Jeffrey E. Epstein. We write on behalf of all parties to respectfully request the Court's approval of the parties' agreed upon briefing schedule for Defendants' anticipated motion to dismiss, as follows:

- Defendants will file their motion to dismiss on or before **February 28, 2020**.

- Plaintiff will file her response to Defendants' motion to dismiss on or before **March 30, 2020**.

- Defendants will file their reply on or before **April 13, 2020**.

The parties respectfully request that the Court enter the above briefing schedule.

Respectfully submitted,


/s/ Bennet Moskowitz
Bennet Moskowitz