

August 14, 2020

**VIA ECF**

The Honorable Debra Freeman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

  Re: *Jane Doe 1000 v. Darren K. Indyke and Richard D. Kahn, in their capacities as executors of the Estate of Jeffrey Edward Epstein*, 19-10577-LJL-DCF

Dear Judge Freeman:

  Pursuant to the Court's June 15, 2020, Order (ECF No. 63) Plaintiff and Defendants Darren K. Indyke and Richard D. Kahn, Co-Executors of the Estate of Jeffrey E. Epstein, jointly submit this status report.

  Plaintiff submitted her claim to the Epstein Victims' Compensation Program on June 26, 2020, and has actively participated in the program since. Based on communications with the program's Administrator, Plaintiff expects to receive an eligibility and/or compensation determination in the coming weeks.

  To preserve the parties' resources and in the interests of judicial economy, the parties respectfully request an extension of forty-five (45) additional days to the current stay of discovery (and the resolution of any pending motions) in this case.

              Respectfully submitted,

              */s/Sigrid S. McCawley*

              Sigrid S. McCawley, Esq.
              Boies Schiller Flexner LLP


              */s/Bennet J. Moskowitz*

              Bennet J. Moskowitz, Esq.
              Troutman Sanders LLP

cc: Counsel of Record (via ECF)